# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

PATTY DIXON,

    Plaintiff,

v.   CV 117-109

W. LEE FLOWERS & COMPANY, INC.
d/b/a KJ'S MARKET IGA,

    Defendant.

## O R D E R

Plaintiff's Complaint was removed to this Court on September 7, 2017. Because the Complaint did not appear to satisfy the amount in controversy requirement of 28 U.S.C. § 1332(a), the Court directed Defendant to provide a brief identifying the Court's subject matter jurisdiction. (Doc. 8.) Before the Court is the parties' joint motion to remand this case to the Superior Court of Columbia County, Georgia. (Doc. 9.) Upon due consideration, the parties' motion (doc. 9) is **GRANTED**. The Clerk is **DIRECTED** to **REMAND** this case to the Superior Court of Columbia County, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of January, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA